JOHN L. SUPPLE (SBN: 94582)
jsupple@jsupplelaw.com
ROBERT D. SANFORD (SBN: 129790)
rsanford@jsupplelaw.com
KATHLEEN HUMPHREY (SBN 169374)
khumphrey@jsupplelaw.com
J SUPPLE LAW
A Professional Corporation
2330 Marinship Way, Suite 250
Sausalito, CA  94965
Telephone: (415) 366-5533
Facsimile:  (415) 480-6301

Attorneys for Defendants
XYTEX CORPORATION, XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., MARY HARTLEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 & JANE DOE 2<br><br>Plaintiffs,<br><br>vs.<br><br>XYTEX CORPORATION, a Georgia Corporation; XYTEX CRYO INTERNATIONAL LTD., a Georgia Corporation; MARY HARTLEY, an individual; J. TODD SPRADLIN, an individual; and DOES 1-25, inclusive,<br><br>Defendant. | Case No. 3:16-cv-2935<br><br>NOTICE OF REMOVAL |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Xytex Corporation ("Xytex"), Xytex Cryo International Ltd. ("Xytex Cryo"). J. Todd Spradlin, M.D. ("Spradlin") and Mary Hartley ("Hartley") (collectively, "Defendants") hereby remove the state court action described below to the United States District Court for the Northern District of California.

## GROUNDS FOR REMOVAL

1. On April 18, 2016, Plaintiffs JANE DOE 1 and JANE DOE 2 ("Plaintiffs") filed their complaint against Defendants in San Francisco County Superior Court, entitled *Jane Doe 1, et al. v. Xytex Corporation, et al.*, Case No. CGC-16-551538 (the "State Court Action"). A copy of the Summons and Complaint is attached as **Exhibit A** hereto.

2. Xytex was served with the Summons and Complaint on or about May 5, 2016. Xytex Cryo was served with the Summons and Complaint on or about May 5, 2016. Spradlin was served with the Summons and Complaint by registered mail received on May 9, 2016. Hartley was served with the Summons and Complaint by registered mail received on May 2, 2016. No Defendant has appeared in the State Court Action.

3. This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a), because there is complete diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds $75,000. The action may be removed from state court to this Court pursuant to 28 U.S.C. §1441(b) because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Plaintiffs are United States citizens and domiciled in the State of California.

5. Defendants were not citizens of California when the Complaint was filed and are not currently citizens of California. Xytex is a corporation incorporated and existing under the laws of the State of Georgia, with its principal place of business in the State of Georgia. Xytex Cryo is a corporation incorporated and existing under the laws of the State of Georgia, with its principal place of business in the State of Georgia. Spradlin is a United States citizen domiciled in the State of Georgia. Hartley is a United States citizen domiciled in the State of Georgia. Therefore, there is complete diversity between Plaintiffs and Defendants in this action.

6. Defendants allege on information and belief that the amount in controversy exceeds the jurisdiction amount of $75,000. The Complaint alleges twelve causes of action seeking damages for pain and suffering, financial losses, attorney fees and costs, a medical monitoring fund and punitive damages.

J SUPPLE LAW PC
2330 Marinship Way, Suite 250
Sausalito, CA 94965

7. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of the process, pleadings and orders from the State Court Action served upon Defendants are attached hereto as **Exhibit B**, other than the Summons and Complaint.

8. Venue is proper in this Court pursuant to 28 U.S.C. §§1441(a) and 1446(c) because the U.S. District Court for the Northern District of California is the federal judicial district embracing San Francisco County Superior Court, where the State Court Action was originally filed.

9. By this Notice of Removal, Defendants do not waive any objections it may have as to service, personal jurisdiction or venue, or any other defenses or objections it may have to this action. Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions and/or pleas.

Respectfully submitted,

Dated: June 1, 2016

J SUPPLE LAW
A Professional Corporation

/s/ Robert D. Sanford
By: _____
JOHN L. SUPPLE
ROBERT D. SANFORD
KATHLEEN HUMPHREY
Attorneys for Defendants
XYTEX CORPORATION, XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D.,
MARY HARTLEY

F:\Doe (Bates) v XYTEX\Pleadings\Removal\Xytex- Notice of Removal.docx