JOHN L. SUPPLE (SBN: 94582)
*jsupple@jsupplelaw.com*
ROBERT D. SANFORD (SBN: 129790)
*rsanford@jsupplelaw.com*
KATHLEEN HUMPHREY (SBN 169374)
*khumphrey@jsupplelaw.com*
J SUPPLE LAW
A Professional Corporation
2330 Marinship Way, Suite 250
Sausalito, CA 94965
Telephone: (415) 366-5533
Facsimile: (415) 480-6301

Attorneys for Defendants
XYTEX CORPORATION, XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., MARY HARTLEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 & JANE DOE 2<br><br>Plaintiffs,<br><br>vs.<br><br>XYTEX CORPORATION, a Georgia Corporation; XYTEX CRYO INTERNATIONAL LTD., a Georgia Corporation; MARY HARTLEY, an individual; J. TODD SPRADLIN, an individual; and DOES 1-25, inclusive,<br><br>Defendant. | Case No. 3:16-cv-2935<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br>**(Civil Local Rule 3-15)** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

1. Defendant Xytex Cryo International, Ltd. is the parent corporation of Defendant Xytex Corporation.

Respectfully submitted,

Dated: June 1, 2016                    J SUPPLE LAW, A Professional Corporation

By: */s/ Robert D. Sanford*
    JOHN L. SUPPLE
    ROBERT D. SANFORD
    KATHLEEN HUMPHREY

Attorney for Defendants
XYTEX CORPORATION, XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., and MARY HARTLEY

F:\Doe (Bates) v XYTEX\Pleadings\Xytex - Certification of Interested Parties 06-01-16.docx