JOHN L. SUPPLE (SBN: 94582)
jsupple@jsupplelaw.com
ROBERT D. SANFORD (SBN: 129790)
rsanford@jsupplelaw.com
KATHLEEN HUMPHREY (SBN 169374)
khumphrey@jsupplelaw.com
J SUPPLE LAW
A Professional Corporation
2330 Marinship Way, Suite 250
Sausalito, CA  94965
Telephone: (415) 366-5533
Facsimile:  (415) 480-6301

Attorneys for Defendants
XYTEX CORPORATION, XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., MARY HARTLEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 & JANE DOE 2,<br><br>    Plaintiffs,<br><br>vs.<br><br>XYTEX CORPORATION, a Georgia Corporation; XYTEX CRYO INTERNATIONAL LTD., a Georgia Corporation; MARY HARTLEY, an individual; J. TODD SPRADLIN, an individual; and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 3:16-cv-02935 WHA<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANTS XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., AND MARY HARTLEY<br><br>Complaint Filed: April 18, 2016 |

Having considered the parties' stipulation and for good cause,

IT IS HEREBY ORDERED,

That Defendants XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., and MARY HARTLEY are dismissed without prejudice subject to the statute of limitations being tolled one year from the date of filing the dismissal or until the subject suit against Xytex Corporation resolves by settlement, dismissal, judgment, or transfer of venue.

Plaintiffs will not file suit against XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., and MARY HARTLEY in any other jurisdiction other than the Northern District of California during the pendency of this action and shall not file in any jurisdiction after the subject suit is dismissed.

IT IS SO ORDERED.

_____July 14_____, 2016

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

F:\Doe v Xytex\Pleadings\Doe v Xytex - Prop Order Stipulation for Dismissal.docx

**J SUPPLE LAW PC**
**2330 Marinship Way, Suite 250**
**Sausalito, CA 94965**