1  NANCY HERSH, State Bar No. 49091
2  KATE HERSH-BOYLE, State Bar No. 278864
   BRENDAN GANNON, State Bar No. 303410
3  HERSH & HERSH
   A Professional Corporation
4  601 Van Ness Avenue, Suite 2080
   San Francisco, CA 94102-6396
5  (415) 441-5544

6
   Attorneys for Plaintiffs
7  JANE DOE 1 & JANE DOE 2

8
                UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   JANE DOE 1 & JANE DOE 2, individuals,   ) Case No.: 3:16-cv-02935-WHA
12                                          )
            Plaintiffs,                     )
13                                          )  **FILED CONDITIONALLY**
                                            )  **UNDER SEAL**
14 vs.                                      )
                                            )
15 XYTEX CORPORATION, a Georgia             )
   Corporation; XYTEX CRYO                  ) [PROPOSED] ORDER ON MOTION TO
16 INTERNATIONAL LTD., a Georgia            ) SEAL PORTIONS OF THE COURT'S
   Corporation; MARY HARTLEY, an            ) RECORD
17 individual; J. TODD SPRADLIN, an         )
                                            ) Date:        September 15, 2016
18 individual; and DOES 1-25, inclusive,    ) Time:        8:00 a.m.
                                            ) Courtroom:   8
19         Defendants.                      ) Trial Date:  William H. Alsup
                                            )
20                                          ) Trial Date:   November 6, 2017
                                            ) Complaint filed: April 18, 2016
21 ─────────────────────────────────────────

28

1

[PROPOSED] ORDER ON MOTION TO SEAL PORTIONS OF THE COURT'S RECORD

The Plaintiffs, "JANE DOE 1" and "JANE DOE 2" ▮▮▮▮▮▮ filed a motion to seal portions of the court's record that came on for hearing on September 15, 2016, in Courtroom 8 of the above-entitled Court.

The Court having heard and considered the arguments of counsel and considered all of the pleadings, papers and records on file herein, and

GOOD CAUSE APPEARING THEREFOR

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Seal Portions of the Court's Record is GRANTED. In so making the order, the Court expressly finds that due to the sensitive nature of the facts giving rise to this action:

(1) There exists an overriding interest that overcomes the right of public access to the record;

(2) The overriding interest supports sealing the record to protect the identities of both Plaintiffs;

(3) A substantial probability exists that the overriding interest will be prejudiced if the record is not sealed, because the identities of the Plaintiffs would be accessible to all persons;

(4) The proposed sealing is narrowly tailored because it only seeks to prevent disclosure of the Plaintiffs' identities, by sealing the Motion to Proceed Anonymously as "JANE DOE 1" and "JANE DOE 2" Plaintiffs, and its supporting papers and Order, and any hearing transcript or record from these motions and any identifying information; and

(5) No less restrictive means exist to achieve the overriding interest because

there is no other way to prevent disclosure of Plaintiffs' identities.

No person other than the Court is authorized to inspect the sealed record.

Plaintiffs' Motion to Proceed Anonymously As "JANE DOE" And "JOHN DOE" Plaintiffs, the Notice of Motion, Memorandum of Points and Authorities, and Declaration of Nancy Hersh are hereby ordered sealed. A redacted copy is to remain on file. The Order need not be placed under seal as it does not contain information protected by this Order.

Any documents filed, or to be filed in the future, that contain the Plaintiffs' identities or identifying information are hereby ordered sealed. A redacted copy of any such document is to remain in the public file.

THIS ORDER IS ORDERED UNDER SEAL, AS IT CONTAINS INFORMATION THAT IS SUBJECT TO SEAL.

These documents may not be unsealed, except as Ordered by the Court, in compliance with Civil Local Rules.

The Clerk of Court is hereby directed to replace the cover sheet indicating that the documents are "CONDITIONALLY UNDER SEAL" with a file-endorsed cover sheet prominently labeled" "SEALED BY ORDER OF THE COURT ON [DATE THIS ORDER IS SIGNED]."

IT IS SO ORDERED

DATED: August , 25, 2016



~~JUDGE OF THE SUPERIOR COURT~~

Judge William Alsup
United States District Court

[PROPOSED] ORDER ON MOTION TO SEAL PORTIONS OF THE COURT'S RECORD