JOHN L. SUPPLE (SBN 94582)
*jsupple@jsupplelaw.com*
ROBERT D. SANFORD (SBN 129790)
*rsanford@jsupplelaw.com*
KATHLEEN HUMPHREY (SBN 169374)
*khumphrey@jsupplelaw.com*
**J SUPPLE LAW**
**A Professional Corporation**
2330 Marinship Way, Suite 250
Sausalito, CA  94965
Telephone: (415) 366-5533
Facsimile:  (415) 480-6301

Attorneys for Defendant
XYTEX CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 & JANE DOE 2,<br><br>                    Plaintiffs,<br><br>vs.<br><br>XYTEX CORPORATION, a Georgia Corporation; XYTEX CRYO INTERNATIONAL LTD., a Georgia Corporation; MARY HARTLEY, an individual; J. TODD SPRADLIN, an individual; and DOES 1-25, inclusive,<br><br>                    Defendant. | Case No. 3:16-cv-02935 WHA<br><br>**[PROPOSED]** ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM<br><br>Date:            October 17, 2016<br>Time:           1:30 p.m.<br>Courtroom:  8<br>Judge:         William Alsup<br><br>Trial Date: None Set<br>Action Removed: June 1, 2016 |

IT IS HEREBY ORDERED:

1. Defendant Xytex Corporation and its attorneys and paralegal may bring 2 laptop computers and 1 spare VGA cord into the courtroom for purposes of visual display at the above hearing.

2. Defendant Xytex Corporation and its attorneys and paralegal may have access to the court's Wi-Fi system for Internet connection.

-2-

3. Defendant Xytex Corporation and its attorneys and paralegal may have access to Courtroom 8 beginning at Noon on October 17, 2016 for purposes of equipment set-up and testing.

4. Defendant Xytex Corporation and its attorneys and paralegal will be provided with the necessary login and password to establish a connection with the Court's Wi-Fi system.

5. Defendant Xytex Corporation will use the Court's Wi-Fi to access the Wayback Machine's archives of its December 2014 website.

IT IS SO ORDERED.

Dated: September 22, 2016.

_____
The Honorable William Alsup
United States District Court Judge

F:\Doe v Xytex\Motions\Motion to Transfer\Xytex - Prop Order Permitting Equipment 09-20-16.docx

**J SUPPLE LAW PC**
**2330 Marinship Way, Suite 250**
**Sausalito, CA 94965**