United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2,<br><br>    Plaintiffs,<br><br>  v.<br><br>XYTEX CORPORATION, a Georgia Corporation, XYTEX CRYO INTERNATIONAL, LTD., a Georgia Corporation, MARY HARTLEY, an individual, J. TODD SPRADLIN, an individual, and DOES 1–25, inclusive,<br><br>    Defendants.<br> / | No. C 16-02935 WHA<br><br>**ORDER RELEASING SEALED TRANSCRIPT FROM OCTOBER 17, 2016 EVIDENTIARY HEARING** |

The court reporter shall please release the sealed transcript from the October 17 evidentiary hearing to counsel for plaintiffs Jane Doe 1 and Jane Doe 2 and for defendant Xytex Corporation.

**IT IS SO ORDERED.**

Dated: October 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE