IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | No. C 16-02935 WHA |
| Plaintiffs, | |
| v. | |
| XYTEX CORPORATION, a Georgia Corporation, XYTEX CRYO INTERNATIONAL, LTD., a Georgia Corporation, MARY HARTLEY, an individual, J. TODD SPRADLIN, an individual, and DOES 1–25, inclusive, | **ORDER LIFTING STAY** |
| Defendants. | |

In light of the JPML's decision not to institute multi-district litigation, the partial stay of discovery is hereby **LIFTED**.

**IT IS SO ORDERED.**

Dated: December 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE