JOHN L. SUPPLE (SBN: 94582)
*jsupple@jsupplelaw.com*
ROBERT D. SANFORD (SBN: 129790)
*rsanford@jsupplelaw.com*
KATHLEEN HUMPHREY (SBN 169374)
*khumphrey@jsupplelaw.com*
J SUPPLE LAW
A Professional Corporation
2330 Marinship Way, Suite 250
Sausalito, CA 94965
Telephone: (415) 366-5533
Facsimile: (415) 480-6301

Attorneys for Defendants
XYTEX CORPORATION, XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., MARY HARTLEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 & JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>XYTEX CORPORATION, a Georgia Corporation; XYTEX CRYO INTERNATIONAL LTD., a Georgia Corporation; MARY HARTLEY, an individual; J. TODD SPRADLIN, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:16-cv-02935 WHA<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANTS XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., AND MARY HARTLEY FROM AMENDED COMPLAINT**<br><br>Complaint Filed: April 18, 2016 |

Having considered the parties' stipulation and for good cause,

IT IS HEREBY ORDERED,

That Defendants XYTEX CRYO INTERNATIONAL, LTD., J. TODD SPRADLIN, M.D., and MARY HARTLEY are dismissed without prejudice subject to and under the

///

///

-1-

provisions of the previously-filed Stipulation for Dismissal of Xytex Cryo International, Ltd., J. Todd Spradlin, M.D., and Mary Hartley (ECF 24; filed July 13, 2016).

IT IS SO ORDERED.

  May 10  , 2017

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

F:\Doe v Xytex [410]\Pleadings\zz - Word Docs\Xytex - Prop Order Stip Dismisal FAC 05-05-17.docx

J SUPPLE LAW PC
2330 Marinship Way, Suite 250
Sausalito, CA 94965