IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, | No. C 16-02935 WHA |
| Plaintiffs, | |
| v. | |
| XYTEX CORPORATION, a Georgia Corporation, | **ORDER REQUIRING ADDITIONAL INFORMATION** |
| Defendants. | |

Plaintiffs Jane Doe 1 and 2 have submitted a petition to approve a settlement on behalf of their minor child (Dkt. No. 92). Plaintiffs have not, however, filed the settlement agreement for which they seek approval, and have instead provided only the settlement amount. This is insufficient. Plaintiffs must provide the settlement agreement in order for the Court to evaluate whether it is a fair compromise.

Moreover, plaintiffs seek approval for a settlement of "potential or possible" claims of their child without providing any legal authority supporting their request (*id.* at 2). Their child was not a plaintiff in this suit, and has no pending claims.

By **FRIDAY OCTOBER 6 AT NOON** plaintiffs **SHALL FILE** a copy of the proposed settlement agreement, as well as a memorandum not to exceed 3 pages setting forth legal authority supporting their request.

**IT IS SO ORDERED.**

Dated: October 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE