NANCY HERSH, State Bar No. 49091
KATE HERSH-BOYLE, State Bar No. 278864
BRENDAN GANNON, State Bar No. 303410
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544

Attorneys for Plaintiffs
JANE DOE 1 & JANE DOE 2

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1 & JANE DOE 2,<br><br>　　　　　Plaintiffs,<br><br>vs.,<br><br>XYTEX CORPORATION,<br><br>　　　　　Defendant | Case No.: 3:16-cv-02935-WHA<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION**<br><br>District Judge: William H. Alsup |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP41(a)(1).

Dated: October 24, 2017　　　　　　　　　　　　HERSH & HERSH
　　　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Nancy Hersh*
　　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY HERSH
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: October 24, 2017         J SUPPLE LAW

                               /s/ *Robert D. Sanford*
                               By _____
                               ROBERT D. SANFORD
                               Attorney for Defendants

## **ORDER**

Good cause appearing, the court dismissed the entire action case name *Jane Doe 1 and Jane Doe 2 v. Xytex Corporation*, case No. 3:16-cv-02935-WHA.

IT IS SO ORDERED.

Dated: __October 25_____, 2017.    _____
                                         Honorable William Alsup
                                         United Stated District Judge